EDGAR RALFF, an Infant, by RUDOLF RALFF, His Guardian ad Litem, et al., Respondents, v. LONG ISLAND RAILROAD COMPANY, Appellant.—

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

LOUISE RIZIK, an Infant, by HENRY ERNST, Her Guardian ad Litem, Respondent, v. INCORPORATED VILLAGE OF LYNBROOK, Appellant.—

Hagarty, Johnston, Adel and Lewis, JJ., concur; Close, P. J., concurs in the result.

JOSEPH RUSSO, Respondent, v. FRANKLIN T. BIRDSALL et al., Individually and as Copartners under the Name of BIRDSALL & HESS, Appellants.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

HYMAN R. SHAPIRO, on Behalf of Himself and All Other Holders of Mortgage Certificates in Bond and Mortgage Guarantee Company, Guarantee No. 185,569, Respondent, v. JOHN WILK et al., Individually and as Trustees for Guarantee No. 185,569 of Bond and Mortgage Guarantee Company, Respondents. JAMES MCKERNAN et al., Appellants.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.